IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EUGENE SMITH                                                                                   PLAINTIFF

v.                                     No. 4:06CV00654 JLH

HUGHES NETWORK SYSTEMS LLC                                              DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge John F. Forster, Jr. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Plaintiff's motion for default judgment (Document #21) is DENIED. Plaintiff's complaint is dismissed without prejudice.

DATED this 24th day of April, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE